THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JENNIE H. LADEW and Another, Appellants.— Judgment affirmed, with costs. All concur, except Davis, J., who dissents.

MARGARET RUSSELL, as Administratrix, etc., of HENRIETTA SCHIECK, Deceased, Respondent, v. MIKOAJ WNUK, Appellant.— Judgment and order reversed upon questions of law only and new trial granted, with costs to appellant to abide event. Held, that it was reversible error for the trial court to refuse to receive the evidence of Dr. Bentz as to what he discovered upon an examination of the portion of the liver removed from the body of the deceased. (*People* v. *Adams,* 176 N. Y. 351; affd., 192 U. S. 585.) All concur, except Davis, J., who dissents and votes for affirmance.

JAMES IMPALLARIO, Respondent, v. ANTHONY J. GRAD, Appellant.— Judgment and order affirmed, with costs. All concur.

JOHN E. GORSS, Respondent, v. HARRIET R. HEFFORD, Appellant.— Judgment and order affirmed, with costs. All concur.

THE PEOPLES BANK OF BUFFALO, Respondent, v. ROBERT G. WILLIAMS, Appellant.— Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

LEWIS WULFF, by GUSTAVE WULFF, His Guardian ad Litem, Respondent, v. ELTON MOSHER, Appellant.— Judgment and order affirmed, with costs. All concur.

WILLIAM SIMON BREWERY COMPANY, Respondent, v. IROQUOIS NATURAL GAS COMPANY, Appellant.— Judgment and order reversed and a new trial granted upon questions of law only, with costs to appellant to abide the event. Held, that the questions of defendant's negligence and plaintiff's freedom from contributory negligence were questions of fact which should have been submitted to the jury. All concur.

PEARL HETHIER, Appellant, v. FRANKLIN JOHNS, Respondent.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of GEORGE E. CLOHECY, Under Sheriff of the County of Ontario, New York, Appellant, for a Warrant to Search for and Seize Liquors, etc., of CARLTON JOHNSON, Respondent.*— Order affirmed. All concur.

PATRICK J. COLLINS, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOREN F. PARSONS, Appellant.— Judgment of conviction and order affirmed. All concur.

BANK OF ITALY, Respondent, v. MERCHANTS NATIONAL BANK, Appellant.— Judgment and order affirmed, with costs. All concur, except Sears, J., who dissents upon the authority of *Lamborn* v. *Lake Shore Banking & Trust Co.* (231 N. Y. 616).

LEO SACKINGER, an Infant, by CHARLES J. SACKINGER, His Guardian ad Litem, Respondent, v. KEYSTONE TRANSFER COMPANY, Appellant.— Order affirmed, with costs. All concur.

JULIA WHITTAM and Another, Respondents, v. DUNNE-McCORD COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

---

* See *Matter of Clohecy* (191 N. Y. Supp. 93).— [REP.